## Woven Cord Bed Spring Co. v. Coxedge.

1. PRACTICE IN APPELLATE COURT—*Abstracts.*—Where the appellant does not include in his abstract either the affidavit or the instructions complained of, the court is not bound to consider either.

2. ABSTRACTS—*Index.*—An index is not an abstract.

Woven Cord Bed Spring Co. v. Coxedge.

**Memorandum.**—Action of attachment.  Appeal from the Circuit Court of Cook County; the Hon. RICHARD S. TUTHILL, Judge, presiding.  Heard in this court at the March term, 1893, and affirmed.  Opinion filed April 19, 1893.

The opinion of the court states the case.

F. C. MATHEWS and M. C. HARPER, attorneys for appellant.

GEO. E. CRAMER, and GEO. E. WISSLER, attorneys for appellee.

OPINION OF THE COURT, WATERMAN, J.

This was a proceeding commenced by attachment.  It is insisted that the affidavit upon which it was prosecuted is insufficient, and it is also argued that the instructions given upon the trial were improper.

Appellants have not included in their abstract either the affidavit or the instructions complained of; and, as we have often said, in such cases we are not bound to consider either. An index is not an abstract.  Joliet Street Ry. Co. v. Call, 42 Ill. App. 41; Chicago Consolidated Bottling Co. v. Mitton, 41 Ill. App. 154; Joliet Street Ry. Co. v. McCarthy, 42 Ill. App. 49; Ward v. Stanley, 41 Ill. App. 417.

Upon the merits we see no sufficient reason for interfering with the conclusion to which the court and jury came. There was sufficient evidence to warrant the finding against Springer, although he may not have signed any paper or been actually interested in the business in which appellee was employed.

There are no reviewable errors in the record of this cause unless they are to be found in the affidavit for attachment on the instructions given by the court, and for the reasons indicated we decline to go through the record, find and examine these documents.

The judgment of the Circuit Court is affirmed.